Chad Kister

vs.

Appalachian Behavioral Healthcare

FILED
JOHN P. HEHMAN
CLERK
2012 DEC 20 AM 10: 32
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Writ of Habeas Corpus

Judge Michael Ward made the erroneos, arbitrary and capricious decision to lock me up in the Appalachian Behavioral Healthcare for 6 months. I desperately need to be free. My dog, Dude is my closest companion, and unless I am set free, I may never see him again. Numerous people from different countries are scheduled to stay in my hostel, on the second floor of my house, and the business I have built over 3 years will be ruined (see www.bessemerhostel.com).

Page 1

It is an imperative part of my religion to walk through forest every day, to see, experience and praise God's creation. My religion has been violated while here at the Appalachian Behavioral Healthcare in numerous other ways as well.

I am forced to use Styrofoam cups, which I am not even allowed to re-use. Scientific studies have shown that toxins from the Styrofoam leach into food and beverages. Also, each cup wastes precious petroleum and fills up landfills.

Critical to the principals of what our country stands for is the right to a jury before any incarceration. Had I had that right, I never would have been locked up. Also, I have 2 pending federal lawsuits against the Appalachian Behavioral Healthcare

Page 2

for their treatment of me.

I was brutally assaulted the last time I was in ABH in August, 2011. ABH police recomended that the asaillant be prosecuted, but the biased Athens prosecutors refused to prosecute.

Instead, they have locked me up here. I implore the Court to please let me go. I have never harmed myself or others.

I would be devastated for all time to come if I lose my dog, and that is certainly not "restoration." For restoration to occur, I need to be free, and to get justice.

To keep someone like me locked up is the greatest abomination of justice that our country has ever seen. It is a relatiation against my websites brainimplant.info, repealthepatriotact.org and chadkister.com, in violation of my 1st Amendment rights.

Page 3

Signed,

*Chad Kister*

Chad Kister
100 Healthcare Dr.
Athens OH 45701
740-594-~~####~~5000

Certificate of Service:

A copy was served to ABH lawyers, and a copy was mailed to Judge Michael Ward, 1 South Court St. Athens OH 45701. The copy to ABH was gived to ABH staff, at 100 hospital Dr. Athens OH 45701.