IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Chad Kister, | : | |
| Petitioner | : | Case No. 2:12-cv-1225 |
| v. | : | Judge Sargus |
| Appalachian Behavioral Healthcare, | : | Magistrate Judge Abel |
| Respondent | : | |
| | : | |

**DEFICIENCY ORDER**

Petitioner Chad Kister, a patient at Appalachian Behavioral Healthcare, brings this action for writ of habeas corpus under 28 U.S.C. §2241.  However, he has neither paid the Court's $5 filing fee for a habeas corpus action or moved to proceed *in forma pauperis*.

Petitioner is **ORDERED** to either pay the $5 filing fee or fill out and execute the attached Application and to Proceed Without Pre-payment of Fees and costs and submit it together with the cashier's statement of his inmate funds within thirty (30) days of the date of this Order.  Failure to do so will result in this habeas corpus action being dismissed.  *See, McGore v. Wrigglesworth,* 114 F.3d 601, 605 (6th Cir.  1997).

Further, the petition is not verified as required by 28 U.S.C. § 2242. Petitioner is ORDERED to execute the attached form petition for writ of habeas corpus under 28 U.S.C. § 2241 and return it to the Clerk of Court within **28 days of the date of this Order.**

The parties are specifically advised that failure to object to the Report and Recommendation will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court.  *Thomas v. Arn*, 474 U.S.

140, 150-152 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  *See also, Small v. Secretary of Health and Human Services*, 892 F.2d 15, 16 (2d Cir. 1989).

                                                        <u>s/Mark R. Abel</u>
                                                        United States Magistrate Judge

(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

**Chad Kister,**                                    **Case No. 2:12-cv-1225**

                                                    **Judge Sargus**

**Petitioner**
                                                    **Magistrate Judge Abel**


**vs.**


**Appalachian Behavioral Health Care,**

**Respondent**

## APPLICATION/ MOTION TO PROCEED
## WITHOUT PREPAYMENT OF FEES
## (IN FORMA PAUPERIS)
## AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**
**I. Are you employed? Yes____ No____**
**A. If you answered "Yes":**
(1) What is the name and address of your employer
_____
_____
_____

(2) How much do you earn per month?
_____

**B. If you answered "No"**
(1) Have you ever been employed? **Yes____ No_____**
If yes, what was the last year and month you were
employed? _____
How much did you earn a month?_____

**II. What is your marital status?**
Single_____ Married_____ Widowed_____ Divorced_____
**A. If you answered "Married":**
(1) Is your spouse employed? **Yes_____ No_____**
If yes, how much does your spouse earn each month?
$_____

**III. Do you have any dependents? Yes____ No____**
If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:
**Name                                          Relationship         Amount**
_____
_____

_____-2-_____

**IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source? Yes____ No_____**
A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:
**Source Amount Source Amount**
_____$_____ _____$_____
_____$_____ _____$_____
_____$_____ _____$_____

**V. Do you have any cash on hand or money in a savings, checking, or other account? Yes_____ No____**
**A. If you answered "Yes", state the combined total amount:**
**$_____.**

**VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property? Yes____ No____**
A. If you answered "Yes", describe each piece of property and state it's value:
**Property Value Property Value**
_____$_____ _____$_____
_____$_____ _____$_____
_____$_____ _____$_____
_____$_____ _____$_____

**VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:**
**Creditor Amount Owed Creditor Amount Owed**
_____$_____ _____$_____
_____$_____ _____$_____
_____$_____ _____$_____
_____$_____ _____$_____

**VIII. State your address and telephone number where the Court can reach you.**
_____
_____
_____
_____


**I declare under penalty of perjury that the above information is true and correct.**


_____                _____
       **Date**                                    **Signature of Applicant**

-2-

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
## Instructions

1. **Who Should Use This Form**. You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form**. You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition**. The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

   All questions must be answered clearly and concisely in the space on the form. If needed, you may attach additional pages or file a memorandum in support of the petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. Note that some courts have page limitations. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

4. **Supporting Documents**. In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

5. **Required Filing Fee**. You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

6. **Submitting Documents to the Court**. Mail your petition and ____ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

7. **Change of Address**. You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| _____ <br> *Petitioner* <br> v. <br> _____ <br> *Respondent* <br> *(name of warden or authorized person having custody of petitioner)* | ) ) ) ) ) ) ) ) ) ) Case No. _____ <br> *(Supplied by Clerk of Court)* |

**PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

**Personal Information**

1. (a) Your full name: _____
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: _____
   (b) Address: _____
   _____
   (c) Your identification number: _____

3. Are you currently being held on orders by:
   ❏ Federal authorities    ❏ State authorities    ❏ Other - explain: _____

4. Are you currently:
   ❏ A pretrial detainee (waiting for trial on criminal charges)
   ❏ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ❏ Being held on an immigration charge
   ❏ Other *(explain)*: _____
   _____
   _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ❒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ❒ Pretrial detention
   ❒ Immigration detention
   ❒ Detainer
   ❒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ❒ Disciplinary proceedings
   ❒ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:

   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

   (d) Date of the decision or action:

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ❒ Yes           ❒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ❏ Yes              ❏ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court:

   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

   (b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ❏ Yes              ❏ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court:

   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

      (b)  If you answered "No," explain why you did not file a third appeal:

10.    **Motion under 28 U.S.C. § 2255**

      In this petition, are you challenging the validity of your conviction or sentence as imposed?

      ❒ Yes            ❒ No

      If "Yes," answer the following:

      (a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

            ❒ Yes          ❒ No

            If "Yes," provide:

            (1) Name of court:

            (2) Case number:

            (3) Date of filing:

            (4) Result:

            (5) Date of result:

            (6) Issues raised:

      (b)     Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

            ❒ Yes          ❒ No

            If "Yes," provide:

            (1) Name of court:

            (2) Case number:

            (3) Date of filing:

            (4) Result:

            (5) Date of result:

            (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

❐ Yes      ❐ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

❐ Yes      ❐ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

❐ Yes      ❐ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result:
    (5) Date of result:
    (6) Issues raised:

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ❏ Yes       ❏ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application:
    (b) Name of the authority, agency, or court:

    (c) Date of filing:
    (d) Docket number, case number, or opinion number:
    (e) Result:
    (f) Date of result:
    (g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE**:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground One in all appeals that were available to you?
❒ Yes         ❒ No

**GROUND TWO**:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
❒ Yes         ❒ No

**GROUND THREE**:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
❒ Yes         ❒ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR**:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
❒ Yes ❒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*