FILED
JOHN P. HEHMAN
CLERK

2013 JAN -7 PM 1:57

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Chad Kister

vs.

Appalachian Behavioral Healthcare

Case Numbers 2:12 CV 119
2:12 CV 572
and 2:12 CV 1225

Motion to Add Address for Chad Kister

Plaintiff and Author Chad Kister hereby asks the honorable federal court to add an additional address while he is unjustly incarcerated in the Appalachian Behavioral Healthcare. Please send a duplicate copy of mailings to 100 Hospital Dr., Athens OH 45701.

Certificate of Service

A copy was mailed by regular mail to:

1) Attorney for Pat Kelly:
Mark Landes
250 East Broad Street Suite 900
Columbus Ohio 43215

2) Attorney for Margaret Sterling
Kevin Foley
65 East State Street, 4th floor
Columbus Ohio 43215

3) Attorney for Lyndsay Nash
30 East Broad Street, 26th Floor
Columbus Ohio 43215


Plaintiff Chad Kister now resides against his will at 100 Hospital Drive, Athens Ohio 45701