UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Chad Kister,<br><br>      Plaintiff,<br><br>   vs.<br><br>Appalachian Behavior Healthcare,<br><br>      Defendant. | Case Number: 2:12-cv-01225<br><br><br>Judge Sargus<br>Magistrate Judge Abel |

## NOTICE OF APPEARANCE OF COUNSEL

Please take note that Tara L. Paciorek, Assistant Attorney General, hereby enters her appearance as Counsel for Defendants, Department of Mental Health and Appalachian Behavioral Healthcare, in the above cited case. Please direct all future correspondence and communication to the undersigned.

Respectfully Submitted,

**MICHAEL DEWINE** (0009181)
Attorney General of Ohio


  /s/ Tara L. Paciorek
ROGER F. CARROLL (0023142)
TARA L. PACIOREK (0082871)
Assistant Attorneys General
Health and Human Services Section
30 East Broad Street, 26th Floor
Columbus, OH  43215-3400
Phone: (614) 466-8600
Fax: (614) 466-6090
roger.carroll@ohioattorneygeneral.gov

tara.paciorek@ohioattorneygeneral.gov  
Attorneys for Ohio  
Department of Mental Health

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record with CM/ECF Registration. I further certify that a true and accurate copy of the foregoing was served via ordinary U.S. Mail upon the following:

Chad Kister  
c/o Appalachian Behavioral Healthcare  
100 Hospital Drive  
Athens, OH  45701

_/s/ Tara Paciorek_____  
Tara Paciorek  
Assistant Attorney General