AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**RECEIVED**

**JAN 2 2 2013**

**JOHN P. HEHMAN, CLERK
COLUMBUS, OHIO**

# UNITED STATES DISTRICT COURT

for the
__Southern__ District of __Ohio__

| | |
|---|---|
| _Chad Kister_ <br> *Petitioner* <br><br> v. <br><br> _Appalachian Behavioral Healthcare_ <br> *Respondent* <br> *(name of warden or authorized person having custody of petitioner)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Case No. _2:12-CV-1225_ <br> *(Supplied by Clerk of Court)* |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: _Chadwick Wade Kister_
    (b) Other names you have used: _Chad Kister_

2.  Place of confinement:
    (a) Name of institution: _Appalachian Behavioral Healthcare_
    (b) Address: _100 Hospital Dr._
    _Athens, Ohio 45701_
    (c) Your identification number: _753153_

3.  Are you currently being held on orders by:
    ☐ Federal authorities    ☒ State authorities    ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you: _____
        (b) Docket number of criminal case: _____
        (c) Date of sentencing: _____
    ☐ Being held on an immigration charge
    ☒ Other *(explain):* _Incompetent to stand trial (as is falsely alleged)._

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Decision or Action You Are Challenging

5.    What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): _____

_____

6.    Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: *Court of Common Pleas, Athens County, Ohio*

(b) Docket number, case number, or opinion number: _____

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): *The decision to declare Chad Kister incompetent to stand trial.*

(d) Date of the decision or action: *December 17, 2012*

### Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes        ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b)  If you answered "No," explain why you did not appeal: _____

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes            ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: _____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

(b)  If you answered "No," explain why you did not file a second appeal: _____

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes            ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: _____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☒ Yes          ☐ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☒ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☒ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
      conviction or sentence: _____

      _____

      _____

      _____

      _____

11.   **Appeals of immigration proceedings**
      Does this case concern immigration proceedings?
      ☐ Yes          ☒ No
      If "Yes," provide:
(a)   Date you were taken into immigration custody: _____
(b)   Date of the removal or reinstatement order: _____
(c)   Did you file an appeal with the Board of Immigration Appeals?
          ☐ Yes                    ☐ No
      If "Yes," provide:
      (1) Date of filing: _____
      (2) Case number: _____
      (3) Result: _____
      (4) Date of result: _____
      (5) Issues raised: _____

      _____

      _____

      _____

(d)   Did you appeal the decision to the United States Court of Appeals?
          ☐ Yes              ☒ No
      If "Yes," provide:
      (1) Name of court: _____
      (2) Date of filing: _____
      (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

**12. Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☒ Yes          ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: Writ of Habeas Corpus

(b) Name of the authority, agency, or court: United States District Court

Southern District of Ohio Eastern Division

(c) Date of filing: 12-27-2012

(d) Docket number, case number, or opinion number: 2:12 CV-01225

(e) Result: Order for payment or in forma Pauperis

(f) Date of result: 1-4-13

(g) Issues raised: Pending Writ of habeas Corpus. Bias by Judge Michael Ward. Violations of Plaintiff's rights and religion. failure of public Defenders office to appeal or adequately represent Chad Kister

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** See the Writ of Habeas Corpus already sent to the court. Judge Michael Ward has a Clear and present bias.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Judge Michael Ward's Campaigner and friend,
Keith McPencow stole llots of valuable
items from Chad Kister and got away with
it because of his friendship/Campaign
help with Judge Ward. Kister has criticized
Judge Ward on WAIS' viewpoint radio for years.

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes          ☐ No

**GROUND TWO:** Judge Ward is a Republican While
Chad Kister ran twice as a Democrat and
has been very critical of Republicans.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Chad Kister ran for County Commissioner
twice as a Democrat. Kister has criticized
Republicans daily on WAIS and other media
for years.

(b) Did you present Ground Two in all appeals that were available to you?

☒ Yes          ☐ No

**GROUND THREE:** Plaintiff Chad Kister was not
adequately represented by public defender
Eric Hedrick.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Eric Hedrick failed to even argue in court against
Chad Kister being declared incompetent to stand trial.
Eric Hedrick did not even line up one witness despite
the fact that Chad Kister provided dozens of witnesses
including their contact information to Eric Hedrick

(b) Did you present Ground Three in all appeals that were available to you?

☒ Yes          ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Being locked up violates Chad Kister's religion.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Kister must be able to walk through God's creation (vast areas of wild forest or wilderness) for his religion, to always be close to God. Kister has back packed and rafted 700 miles through the Arctic National Wildlife Refuge.

(b) Did you present Ground Four in all appeals that were available to you?

☒ Yes          ☐ No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Kister has been threatened dozens of times in ABH by other patients, and was assaulted in ABH in August, 2011.

**Request for Relief**

15. State exactly what you want the court to do: Demand that ABH Release Chad Kister.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

January 17, 2013

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 1-13-2013

_____
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*