| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Ashley Waters  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)  Ashley Waters   C. Date of Delivery  2/20/13 |
| 1. Article Addressed to:<br>Chad Kister<br>100 Hospital Dr.<br>Athens, OH 45701 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail  ☐ Express Mail<br>   ☐ Registered     ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0510 0004 3446 0813 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE CLERK
U.S. DISTRICT COURT
JOSEPH P. KINNEARY U.S. COURTHOUSE
85 MARCONI BLVD., SUITE 121
COLUMBUS, OH 43215

2:12 CV-1225      EAS/MRA