IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHAD KISTER,

    Petitioner,

v.

APPALACHIAN BEHAVIORAL
HEALTHCARE,

    Respondent.

CASE NO. 2:12-CV-1225
JUDGE SARGUS
MAGISTRATE JUDGE ABEL

## OPINION AND ORDER

On February 15, 2013, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 be dismissed without prejudice as unexhausted. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

**IT IS SO ORDERED.**

                                                     7-1-2013
                                      EDMUND A. SARGUS, JR.
                                      United States District Judge